**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**RANDALL D. FOWLER,**

    **Plaintiff,**

**vs.**                                     **CASE NO. 1:07CV83-MP/AK**

**JOE H. ALLEN,**

    **Defendant.**

    _____/

## SECOND REPORT AND RECOMMENDATION

The undersigned previously recommended that this cause be dismissed because Plaintiff had failed to pay the initial partial filing fee and his mail had been returned as undeliverable. (R. 11). Plaintiff objected to the Report and Recommendation on the grounds that his mail was being delayed (doc. 12), and the cause was returned to the undersigned for further proceedings. (Doc. 13). The complaint was reviewed despite Plaintiff's failure to pay the initial filing fee and an amended complaint was ordered and the time for paying the filing fee extended. (Doc. 14). As of this date, no amended complaint has been filed and no filing fee has been paid. An Order to Show Cause was entered requiring a response on or before December 12, 2007, (doc. 16), but no response has been made and the docket does not indicate that the order was returned.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734

(1962).  Fed. R. Civ. P. 41(b).  Plaintiff has failed to comply with two court orders (docs. 14 and 16).  Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** with prejudice.

**IN CHAMBERS** at Gainesville, Florida, this   **25**$^{th}$  day of February, 2008.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 1:07CV83-MP/AK